IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERT THACKSTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. SA-24-cv-00276-FB |
| | § | |
| DANIEL P. DRISCOLL, Secretary of the Army, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order Accepting Report and Recommendation of Magistrate Judge signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the Report and Recommendation of the United States Magistrate Judge (docket no. 45) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Defendant's Motion for Judgment on the Pleadings (contained within docket no. 41) is GRANTED.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 23rd day of September, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE